25,174-11

Victor Carr
23001 IH-35
Kyle, Tx 78640

June 3, 2015

Court Clerk

Court of Criminal Appeals                    Re: 914708

P.O. Box 12308

Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

Dear Sir / Ma'am,

    Since March 17, 2015, I have had two address changes and had informed the District Court, Travis County of these address changes. I left Travis County May 4, 2015 and had not received no information from the Courts or State representing Parole. On May 4, 2015, notified Court of address change, Court responsed May 8, 2015, poste dated May 11 to 2002 Lamesa Hwy, Brownfield, Tx. 29316, which was returned to sender post dated May 15, 2015, filed in District Court, Travis County 5-29-15, forwarded to Victor Carr posted June 1, 2015.

    I have not had a opportunity to respond to State's answer or read their response. I request a copy of State's Answer and/or Finding of Facts & Order so to give my response. And if 11.07 has been answered by the Court of Criminal Appeals, I request permission to file a PDR.

Thank You
Victor Carr